COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     Eduardo Cruz Ramirez v. The State of Texas

Appellate case number:   01-12-01096-CR

Trial court case number: 1793517

Trial court:             County Criminal Court at Law No. 1 of Harris County

State's Exhibit 9, a compact disc containing a legend for AT&T telephone records, was admitted into evidence at trial in the above case. This Court, acting *sua sponte,* orders the Harris County District Clerk, or the court reporter if the exhibit is still in his or her possession, to send the original of State's Exhibit 9, a compact disc containing a legend for AT&T telephone records, to this Court. The Clerk of this Court is directed to cooperate with the district clerk and court reporter to provide for the safekeeping, transportation, and return of such exhibit. *See* Tex. R. App P. 34.6(g)(2).

The exhibit is due in this Court no later than July 3, 2013.

It is so ORDERED.

Judge's signature: /s/ Laura Carter Higley
                   Acting individually

Date: June 21, 2013